# EXHIBIT A

# CIVIL DOCKET SHEET    Case Number: **2018-21-CCL2**

| Number of Case | Name of Parties | Attorney | Kind of Action | Date of Filing |
|---|---|---|---|---|
| **2018-21-CCL2** | JERRI JONES VS ARTISTS RIGHTS ENFORCEMENT CORP. | MATTHEW M HILL | Other Civil (OCA) | 01/05/2018 |

| Date of Orders | Order of Court |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

CERTIFIED COPY CERTIFICATE
STATE OF TEXAS   COUNTY OF GREGG
I hereby certify that the above, consisting of _____
pages, is a true and correct copy of the original
record on file in the District Clerk's Office of
Gregg County, Texas
This 25th day of January, 20 18
BARBARA DUNCAN, DISTRICT CLERK
BY: _____, Deputy

COUNTY COURT AT LAW 2

# CASE SUMMARY
## CASE NO. 2018-21-CCL2

JERRI JONES VS ARTISTS RIGHTS
ENFORCEMENT CORP.

§
§
§
§

Location: **County Court at Law 2**
Judicial Officer: **Dulweber, Vincent, DC**
Filed on: **01/05/2018**

---

### CASE INFORMATION

Case Type: **Declaratory Judgment**

Case Flags: **Jury Fee Paid**
**Level 2**

---

| DATE | CASE ASSIGNMENT |
|------|-----------------|

**Current Case Assignment**
Case Number    2018-21-CCL2
Court    County Court at Law 2
Date Assigned    01/05/2018
Judicial Officer    Dulweber, Vincent, DC

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|--|--|--|
| **Plaintiff** | **Jones, Jerri** | **HILL, MATTHEW M** |
| | | *Retained* |
| | | 903-806-0487(W) |
| **Defendant** | **Artists Rights Enforcement Corp.** | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|------|------------------------------|-------|
| 01/05/2018 | Docket Sheet | |
| 01/05/2018 | Petition (OCA)<br>*Original Petition for Declaratory Judgment and Conversion* | |
| 01/05/2018 | **Citation By Certified Mail**<br>Artists Rights Enforcement Corp.<br>Served: 01/10/2018<br>Response Due: 02/05/2018 | |
| 01/19/2018 | Citation Return Certified Mail<br>*ARTISTS RIGHTS ENFORCEMENT CORP.* | |

| DATE | FINANCIAL INFORMATION |
|------|-----------------------|

**Plaintiff** Jones, Jerri
Total Charges    388.75
Total Payments and Credits    388.75
**Balance Due as of 1/25/2018**    **0.00**

CERTIFIED COPY CERTIFICATE
STATE OF TEXAS COUNTY OF GREGG
I hereby certify that the above, consisting of ___
pages, is a true and correct copy of the original
record on file in the District Clerk's Office of
Gregg County, Texas
This ___ day of ___, 20__
BARBARA DUNCAN, DISTRICT CLERK
BY: ___, Deputy

*Printed on 01/25/2018 at 9:25 AM*

CAUSE NO. 2018-21-CCL2

| | | |
|---|---|---|
| **JERRI JONES** | § | **IN THE** ~~DISTRICT COURT~~ |
| **Plaintiff,** | § | COUNTY COURT AT LAW 2 |
| | § | |
| **v.** | § | **IN AND OF** |
| | § | |
| **ARTISTS RIGHTS** | § | |
| **ENFORCEMENT CORP.** | § | |
| **Defendant.** | § | **GREGG COUNTY, TEXAS** |

## ORIGINAL PETITION FOR DECLARATORY JUDGMENT

### TO THE HONORABLE JUDGE OF SAID COURT:

**NOW COMES** Jerri Jones, Plaintiff herein, and files this Original Petition for Declaratory Judgment, pursuant to the Texas Uniform Declaratory Judgments Act, Chapter 37 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, and would show the Court the following:

### I. DISCOVERY CONTROL PLAN LEVEL

Plaintiff intends that discovery in this case be conducted under Level 2 of Rule 190 of the TEXAS RULES OF CIVIL PROCEDURE.

### II. STATEMENT OF RELIFE SOUGHT

Plaintiff seeks monetary relief of $100,000.00 or less and non-monetary relief.

### III. PARTIES AND SERVICE

A.    Plaintiff is Jerri Jones ("Jones").  Plaintiff is an individual and resides at 710 Ash Street, Longview, Gregg County, Texas 75605.

B.    Defendant Artists Rights Enforcement Corp. ("Defendant") is a New York corporation that does not maintain a registered agent in this state and may be served with process via its President and Chief Executive Officer, Charles Rubin, at 1430 Broadway, Suite 505, New York, New York, 10018.

## IV.  JURISDICTION AND VENUE

This Court has jurisdiction in this case in that the damages exceed the minimum jurisdictional levels of this Court.

This court has jurisdiction over Defendant because Defendant purposefully availed itself of the privilege of conducting activities in the state of Texas and established minimum contacts sufficient to confer jurisdiction over Defendant, and the assumption of jurisdiction over Defendant will not offend traditional notions of fair play and substantial justice and is consistent with the constitutional requirements of due process.  Jones would further assert that Defendant has had continuous and systematic contacts with the state of Texas sufficient to establish general jurisdiction over Defendant. Jones would also show that the causes of action arose from or relate to the contacts of Defendant to the state of Texas, thereby conferring specific jurisdiction with respect to said Defendant.  Furthermore, Jones would show that Defendant engaged in activities constituting business in the state of Texas as provided by Section 17.042 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, in that said Defendant claims to have a contract with a Texas resident and performance of the agreement in whole or in part thereof is to occur in Texas and committed a tort in whole or in part in Texas.

Further, venue is proper in this county because all or a substantial part of the events giving rise to the claims occurred in this county.

## V.  FACTS

Jones' aunt and godmother, Joan M. Johnson, was a founding member of The Dixie Cups, a Louisiana based music group that came to prominence in the 1960s with popular songs including "Chapel of Love" and "Iko Iko."  Defendant alleges that in January 1984, Ms. Johnson entered into a contract with Defendant (the "Johnson Contract").  A true and correct copy of the Johnson Contract is attached hereto as Exhibit "A" and is incorporated herein by reference for all intents and purposes.

Under the Johnson Contract, Ms. Johnson sought Defendant's expertise to investigate, collect, and administer royalties owed to Ms. Johnson. *See* Exhibit "A". Specifically, the Johnson Contract provided: "It is my [Ms. Johnson's] understanding that you [Defendant] are to use your best efforts to obtain on my behalf from record and publishing companies, . . . an accounting for and collection of such royalties and other rights which are, or may be due to me . . . ." *Id.* The Johnson Contract further provided:

> In return for your [Defendant's] services set forth hereinabove, I [Ms. Johnson] shall pay you fifty (50%) percent of all sums which may come into your hands or which may be realized as a proximate result of your activities on my behalf. It is also agreed that if no recovery of funds as mentioned hereinabove, is made on my behalf, I will have no obligation to you, and your firm . . . .

*Id.* The Johnson Contract also empowered Defendant to engage and manage accountants as necessary. *Id.* Defendant provided those services to Ms. Johnson and was paid for them.

Jones is not a party to the Johnson Contract. In fact, Jones never reviewed the Johnson Contract, never approved the Johnson Contract, and never signed the Johnson Contract. Further, the Johnson Contract does not include a termination clause or date. The Johnson Contract also does not include an assignment clause that inures to the benefit of either party's heirs, and it does not give Defendant any interest in the royalties it collected. Rather, it simply provides for payment to Defendant for its services.

Sadly, Ms. Johnson passed away in Louisiana in October 2016 and her will was probated in Louisiana. In her will, Ms. Johnson bequeathed her music royalties to her niece and goddaughter, Jones. With Ms. Johnson's passing, the Johnson Contract also ended. However, instead of inquiring with Jones as to whether she was interested in engaging Defendant's services (Defendant's only legal option), Defendant improperly continued to take fifty percent from Jones' royalties. When Jones learned said fact, to her surprise, she, through counsel, advised Defendant that it was not authorized

to retain fifty percent of all her royalty payments.

Unable to accept that the Johnson Contract came to an end upon Ms. Johnson's death, Defendant embarked on a litigation campaign against Jones and has attempted to increase litigation costs by filing in forums without personal jurisdiction over Jones. Defendant has already attempted to sue Jones under the Johnson Contract in both New York state court (New York City) and California state court (Los Angeles), neither of which had personal jurisdiction over Jones, to no avail. Further, Defendant has continued to retain fifty percent of all royalty payments due Jones and claims that Jones is forever "married" to Defendant and bound by the Johnson Contract.

## VI. DECLARATORY JUDGMENT

There exists a genuine controversy between the parties herein that would be terminated by the granting of declaratory judgment. Jones therefore requests that declaratory judgment be entered as follows:

A.    That Jones is not bound by the Johnson Contract.

B.    That Defendant is not entitled to take fifty percent from Jones' royalties.

## VII. CONVERSION

Jones incorporates the preceding paragraphs for all purposes.

Defendant has intentionally exercised control over fifty percent of Jones' royalties to the exclusion of Jones. Jones is entitled to receive as damages the value of fifty percent of Jones' royalties, which Defendant has converted. Jones is also entitled to receive exemplary damages for the conversion.

## VIII. CONSTRUCTIVE TRUST

Jones incorporates the preceding paragraphs for all purposes.

Because of Defendant's conversion Defendant has been unjustly enriched. Jones seeks to

impose a constructive trust or imposition of an equitable lien on all monies constituting the fifty percent of Jones' royalties that Defendant has improperly taken from Jones.

## IX. ATTORNEY'S FEES

Pursuant to TEX. CIV. PRAC. AND REM. CODE § 37.009, request is made for all costs and reasonable and necessary attorney's fees incurred by Jones herein, including all fees necessary in the event of an appeal of this cause to the Court of Appeals and the Supreme Court of Texas, as the Court deems equitable and just.

## **PRAYER**

**WHEREFORE, PREMISES CONSIDERED,** Jones prays that Defendant be cited to appear and answer herein, that on final trial hereof declaratory judgment be granted as requested herein, that Jones be granted judgment for an amount within the jurisdictional limit of the Court, that Jones be granted exemplary damages, that Jones be granted a constructive trust as identified above, that Jones be granted pre-judgment and post-judgment interest, and that Jones be awarded costs and reasonable and necessary attorney's fees, and for such other and further relief that may be awarded at law or in equity.

Respectfully submitted,

THE **HILL** LAW FIRM

Matthew M. Hill
State Bar No. 24041101
Matthew Hill Law, PLLC
501 N. Third Street
Longview, Texas 75601
Tel: 903-806-0487
Fax: 903-686-0936
matt@matthewhilllaw.com

ATTORNEY FOR JERRI JONES

DATE:    January 4, 1984

Artist Rights Enforcement Corp.
250 West 57th Street
New York, NY 10107

Attention: Mr. Chuck Rubin
------------------------------
RE:  THE DIXIE CUPS
------------------------------

I hereby retain you and your firm to act on my behalf in
connection with investigation into and collection of any and all royalties
which are, or may be due and owing to THE DIXIE CUPS.
It is my understanding that you are to use your best efforts to obtain on my
behalf from record and publishing companies, and all others who are or may
be liable to me, as well as any other persons or entities acting in concert
with them, arising out of my business or contractual relations with such
parties an accounting for and collection of such royalties and other rights
which are, or may be due to me from the manufacture, sale, publication, use
or distribution of phonograph records, tapes, performances, publications, or
other dissemination of my Artistic material.

I further understand that it may be necessary or desirable to
retain the services of accounting firms.  In that event, payment for same
shall be borne by Artist Rights Enforcement Corp.

It is my further understanding that in the event it is
desirable or necessary to engage counsel to act on my behalf, that you shall
recommend counsel who is satisfactory to me that I shall retain upon such
terms as may be agreeable between us and such counsel shall be paid out of
your share of the proceeds realized, and in accord with my separate
agreement with such counsel.

In return for your services set forth hereinabove, I shall pay
you fifty (50%) percent of all sums which may come into your hands or which
may be realized as a proximate result of your activities on my behalf. It
is also agreed that if no recovery of funds as mentioned hereinabove, is
made on my behalf, I will have no obligation to you, and your firm,
including no obligations of expense that you, your firm, accounting firms,
counsel or attorneys may have incurred.
I further agree that all out-of-pocket expenses incurred by you in
connection with the handling of my claim shall be reimbursed and deducted
from the amounts recovered.  However, I reserve the right to approve all
such expenses incurred in my behalf in excess of $100 each.
It is also agreed, that any expenses incurred will be paid our of your fifty
(50%) of any recovery as set forth in paragraph three (3) above.

Further, I hereby authorize you to receive all funds collected
by you hereunder and appoint you my attorney in fact but only for the purpose
of depositing them into your special account.  It is my further understanding
that before any disbursements are made, I will receive a full accounting of
monies received and proposed disbursements.  Only after I have approved the
proposed disbursements, and upon the clearing of such funds, you shall then
make payment to me, yourself and any third parties including attorneys under
the terms of this agreement.

Your acceptance of this Agreement is indicated by your
signature below in the lower left-hand corner under the words "ACCEPTED BY".

ACCEPTED BY:                          Very truly yours,
ARTISTS RIGHTS ENFORCEMENT CORP.      THE DIXIE CUPS

By _____            By _____
     Chuck Rubin                           Joan M. Johnson

January 4, 1984

To whom it may concern:

     ARTISTS RIGHTS ENFORCEMENT CORP. has my authorization
to request any and all documents from you, including contracts,
licensing agreements, product, financial statements and royalty
reports, both as Artist and/or writer as the case may be.  Also
specifically included is the authority to demand, collect and
receive, on my behalf, all royalties and other monies found to
be due and owing.

     Thank you for your kind cooperation.

               Very truly yours,

               THE DIXIE CUPS

By _Joan Marie Johnson_____

               Joan Marie Johnson

STATE OF _Louisiana_ )
                : ss.:
COUNTY OF _Orleans_ )

     On the _16th_ day of _Jan._ , 1983, before me, the under-
signed notary public, personally appeared _Joan M. Johnson_
known to me to be the person whose name is subscribed to the
within authorization and acknowledged that he executed the same.

           _James H. Gray III_
           NOTARY PUBLIC, in and for
           said County and State

Exhibit _"A"_
Pg. _2_ of _2_

TO:   Artists Rights Enforcement Corp.
      1430 Broadway
      Suite 505
      New York NY  10018

Defendant in the hereinafter styled and numbered cause: **2018-21-CCL2**

You are hereby commanded to appear before the County Court at Law 2 of Gregg County, Texas, to be held at the courthouse of said County in the City of Longview, Gregg County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof, a copy of which accompanies this Citation, in Cause Number: **2018-21-CCL2,** styled

Other Civil (OCA)

|  |  |
|---|---|
| JERRI JONES | Attorney for Plaintiff:<br>MATTHEW M HILL |
| VS | MATTHEW HILL PLLC |
| ARTISTS RIGHTS ENFORCEMENT CORP. | 501 N THIRD ST<br>LONGVIEW TEXAS 75601<br>903-806-0487 |

Attorney for Defendant

Filed in said court 5th day of January, 2018.

Issued and given under my hand and seal of said Court at office, this the 5th day of January, 2018.

**Barbara Duncan**
District Clerk of
Gregg County, Texas
Gregg County Courthouse
P. O. Box 711
Longview, Texas 75606

Signed: 1/5/2018 3:12:40 PM

By _____*Pat Adams*_____ Deputy.

## NOTICE TO DEFENDANT

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this Citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this Citation and Petition, a default Judgment may be taken against you.

## Officer's Return by Mailing

Came to hand on the _____ day of _____, _____, at _____ o'clock ___.M., and
executed by mailing certified mail restricted delivery a true copy of the
citation together with a copy of Plaintiff's petition at the following
address:

Name & Address of Defendant
Artists Rights Enforcement Corp.
1430 Broadway
Suite 505
New York NY  10018

****************************************************
```
*                         * Date Signed: _____
*      Attach             * Signed by: _____
*   Return Receipt(s)     * as evidenced by the signed return receipt
*       With              * attached hereto and incorporated in
*                         * the return
*  Addressee's Signature  * _____ Not executed as to defendant
*                         * for the following reason:
*                         * Circle one
*                         * Unclaimed
*                         * Refused
*                         * Return to Sender
*                         * Moved, left no forwarding address
*                         * Unable to Forward
*                         * Other
*                         * TO CERTIFY WHICH WITNESS MY HAND
*                         * OFFICIALLY.
*                         * Barbara Duncan, District Clerk
*                         * By _____ Deputy
****************************************  Fee for serving Citation $60.00
```

## C I T A T I O N – B Y   M A I L I N G

| | |
|---|---|
| File No. 2018-21-CCL2<br>In the County Court at Law 2<br>Of<br>Gregg County, Texas<br><br>JERRI JONES<br>VS<br>ARTISTS RIGHTS ENFORCEMENT CORP. | Issued this 5th day of January, 2018.<br>**Barbara Duncan**<br>District Clerk of<br>Gregg County<br><br>Signed: 1/5/2018 3:12:43 PM<br><br>By___*Pat Adams*_____Deputy<br>Returned and Filed<br>This _____ day of _____, _____<br>**Barbara Duncan**<br>District Clerk<br><br>By_____Deputy |

TO:  Artists Rights Enforcement Corp.
     1430 Broadway
     Suite 505
     New York NY  10018

     Defendant in the hereinafter styled and numbered cause: **2018-21-CCL2**

     You are hereby commanded to appear before the County Court at Law 2 of
Gregg County, Texas, to be held at the courthouse of said County in the City
of Longview, Gregg County, Texas, by filing a written answer to the Petition
of Plaintiff at or before 10 o'clock A.M. of the Monday next after the
expiration of 20 days after the date of service hereof, a copy of which
accompanies this Citation, in Cause Number: **2018-21-CCL2**, styled

Other Civil (OCA)

                                      Attorney for Plaintiff:
                                      MATTHEW M HILL
            JERRI JONES               MATTHEW HILL PLLC
               VS                     501 N THIRD ST
   ARTISTS RIGHTS ENFORCEMENT CORP.   LONGVIEW TEXAS 75601
                                      903-806-0487


                                      Attorney for Defendant



Filed in said court 5th day of January, 2018.

     Issued and given under my hand and seal of said Court at office, this the
5th day of January, 2018.

                         **Barbara Duncan**
                         District Clerk of
                         Gregg County, Texas
                         Gregg County Courthouse
                         P. O. Box 711
                         Longview, Texas 75606


                         Signed: 1/5/2018 3:12:40 PM

                         By  _Pat Adams_____Deputy.


### NOTICE TO DEFENDANT
     You have been sued.  You may employ an attorney.  If you or your attorney
do not file a written answer with the clerk who issued this Citation by 10:00
A.M. on the Monday next following the expiration of twenty days after you were
served this Citation and Petition, a default Judgment may be taken against
you.

## Officer's Return by Mailing

Came to hand on the _____ day of _____, _____, at _____ o'clock ___.M., and executed by mailing certified mail restricted delivery a true copy of the citation together with a copy of Plaintiff's petition at the following address:

Name & Address of Defendant
Artists Rights Enforcement Corp.
1430 Broadway
Suite 505
New York NY   10018

```
7017 0190 0000 8846 8380
```

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage & $
Sent To   Artists Rights Enforcement Corp.
Street and Apt.   1430 Broadway
                  Suite 505
City, State, ZIP   New York, NY 10018

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

* Date Signed: _____
* Signed by: _____
* as evidenced by the signed return receipt
* attached hereto and incorporated in
* the return
* _____ Not executed as to defendant
* for the following reason:
* **Circle one**
* Unclaimed
* Refused
* Return to Sender
* Moved, left no forwarding address
* Unable to Forward
* Other
* **TO CERTIFY WHICH WITNESS MY HAND**
* **OFFICIALLY.**
* Barbara Duncan, District Clerk
* By _____ Deputy
* Fee for serving Citation $60.00

---

## C I T A T I O N – B Y   M A I L I N G

| | |
|---|---|
| File No. 2018-21-CCL2<br>In the County Court at Law 2<br>Of<br>Gregg County, Texas<br><br>JERRI JONES<br>VS<br>ARTISTS RIGHTS ENFORCEMENT CORP. | Issued this 5th day of January, 2018.<br>**Barbara Duncan**<br>District Clerk of<br>Gregg County<br><br>Signed: 1/5/2018 3:12:43 PM<br><br>By _Pat Adams_ Deputy<br>Returned and Filed<br>This _____ day of _____, _____<br>**Barbara Duncan**<br>District Clerk<br><br>By _____ Deputy |

TO:   Artists Rights Enforcement Corp.
      1430 Broadway
      Suite 505
      New York NY  10018

      Defendant in the hereinafter styled and numbered cause: **2018-21-CCL2**

     You are hereby commanded to appear before the County Court at Law 2 of
Gregg County, Texas, to be held at the courthouse of said County in the City
of Longview, Gregg County, Texas, by filing a written answer to the Petition
of Plaintiff at or before 10 o'clock A.M. of the Monday next after the
expiration of 20 days after the date of service hereof, a copy of which
accompanies this Citation, in Cause Number: **2018-21-CCL2**, styled

Other Civil (OCA)

                                    Attorney for Plaintiff:
                                    MATTHEW M HILL
         JERRI JONES                MATTHEW HILL PLLC
             VS                     501 N THIRD ST
ARTISTS RIGHTS ENFORCEMENT CORP.    LONGVIEW TEXAS 75601
                                    903-806-0487


                                    Attorney for Defendant



Filed in said court 5th day of January, 2018.

     Issued and given under my hand and seal of said Court at office, this the
5th day of January, 2018.

                         **Barbara Duncan**
                         District Clerk of
                         Gregg County, Texas
                         Gregg County Courthouse
                         P. O. Box 711
                         Longview, Texas 75606

                         Signed: 1/5/2018 3:12:40 PM

                         By _____*Pat Adams*_____ Deputy.


                         **NOTICE TO DEFENDANT**
     You have been sued.  You may employ an attorney.  If you or your attorney
do not file a written answer with the clerk who issued this Citation by 10:00
A.M. on the Monday next following the expiration of twenty days after you were
served this Citation and Petition, a default Judgment may be taken against
you.

**Officer's Return by Mailing**

Came to hand on the 5th day of January, 2018, at 4:00 o'clock P.M., and executed by mailing certified mail restricted delivery a true copy of the citation together with a copy of Plaintiff's petition at the following address:

**Name & Address of Defendant**
Artists Rights Enforcement Corp.
1430 Broadway
Suite 505
New York NY  10018

7017 0190 0000 8846 8380

* Date Signed: January 10, 2018
* Signed by: T. Jones
* as evidenced by the signed return receipt
* attached hereto and incorporated in
* the return
* _____ Not executed as to defendant
* for the following reason:
* **Circle one**
* Unclaimed
* Refused
* Return to Sender
* Moved, left no forwarding address
* Unable to Forward
* Other
* **TO CERTIFY WHICH WITNESS MY HAND**
* **OFFICIALLY.**
* Barbara Duncan, District Clerk
* By _____ Deputy
* Fee for serving Citation $60.00



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Artists Rights Enforcement Corp.
1430 Broadway
Suite 505
New York, NY 10018

9590 9402 3230 7196 0431 47

2. Article Number (Transfer from service label)
7017 0190 0000 8846 8380

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ □ Agent / □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
If YES, enter delivery address below:  □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail Restricted Delivery
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**O N - B Y   MAILING**

Issued this 5th day of January, 2018.
**Barbara Duncan**
District Clerk of
Gregg County
Signed: 1/5/2018 3:12:43 PM

By _____Pat Adams_____ Deputy

Returned and Filed
This 19th day of January, 2018
**Barbara Duncan**
District Clerk

By _____ Deputy

# USPS Tracking®

**Track Another Package +**

**Tracking Number:** 70170190000088468380

Remove ✕

**Expected Delivery on**

## WEDNESDAY
## 10 JANUARY 2018 ⓘ
by **8:00pm** ⓘ

**Status**

### ⊘ Delivered

January 10, 2018 at 12:44 pm
DELIVERED, LEFT WITH INDIVIDUAL
NEW YORK, NY 10018

**Get Updates** ⌄

Delivered